**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR RECONSIDERATION

Appellate case name:  In the Interest of P. RJ E.

Appellate case number:  01-15-01110-CV

Trial court case number:  2014-06607J

Trial court:  314th District Court of Harris County

Date motion filed:  July 1, 2016

Party filing motion:  Appellee

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ ___Harvey Brown_____
☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

Massengale, J., voted to grant the motion for en banc reconsideration.

Date: __July 14, 2016__